**NOT FOR PUBLICATION**



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SCOTT SCHUTZA, | No. 15-55631 |
| Plaintiff-Appellant, | |
| v. | D.C. No.<br>3:14-cv-02576-BAS-DHB |
| COURTESY CHEVROLET CENTER, a<br>California Corporation, | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Southern District of California
Cynthia A. Bashant, District Judge, Presiding

Submitted February 6, 2017**
Pasadena, California

Before: GRABER, BYBEE, and CHRISTEN, Circuit Judges.

We vacate the district court's dismissal of this action, and we remand for

reconsideration in light of Karczewski v. DCH Mission Valley, LLC, No.

15-55633.

**VACATED and REMANDED.** Costs on appeal awarded to Plaintiff.

---

* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

** The panel unanimously concludes that this case is suitable for decision
without oral argument. Fed. R. App. P. 34(a)(2).

*Schutza v. Courtesy Chevrolet Ctr.*, No. 15-55631

BYBEE, Circuit Judge, acquiescing *dubitante*:

    I acquiesce *dubitante* for the reasons articulated in my separate opinion in

*Karczewski v. DCH Mission Valley, LLC*, No. 15-55633.